NOT FOR PUBLICATION                                                                (Doc. Nos. 54, 56)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| SANDRA GEISS and ROBERT GEISS h/w, | |
| Plaintiffs, | Civil No. 09-2208 (RBK/KMW) |
| v. | **ORDER** |
| TARGET CORPORATION and/or TARGET CORPORATION OF MINNESOTA, JOHN DOES 1-5 (fictitious persons) and ABC CORPS 1-5 (fictitious corporations), | |
| Defendants/Third Party Plaintiff(s), | |
| v. | |
| VIRTUA MEMORIAL HOSPITAL, VIRTUA MEMORIAL HOSPITAL – MT. HOLLY, VIRTUA WEST, JOHN DOES 1-10 (names unknown) and ABC CORPS 1-10 (names unknown), | |
| Third Party Defendant(s). | |

**THIS MATTER** having come before the Court on the motions of Virtua Memorial Hospital ("Virtua") and Target Corporation ("Target") for summary judgment, pursuant to Federal Rule of Civil Procedure 56, and the Court having considered the moving papers and attached documents, and the responses thereto, and for the reasons expressed in the Opinion issued this date;

**IT IS HEREBY ORDERED** that Target's motion for summary judgment is **DENIED.**

1

**IT IS HEREBY FURTHER ORDERED** that Virtua's motion for summary judgment on Target's Third Party Complaint is **GRANTED.**

Dated:  8/30/2013             /s/ Robert B. Kugler
                              ROBERT B. KUGLER
                              United States District Judge