⌘AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

for the   DISTRICT OF   NEW JERSEY

SANDRA GEISS *h/w*
ROBERT GEISS *h/w*

**JUDGMENT IN A CIVIL CASE**

V.

Case Number:   09-CV-02208 (RBK)

TARGET CORPORATION *and/or*
*TARGET CORPORATION OF MINNESOTA*

X **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Judgment be entered in favor of plaintiff **SANDRA GEISS** *h/w* and against defendant **TARGET CORPORATION** in the amount of $5,000; and JUDGMENT OF NO CAUSE FOR ACTION be entered in favor of defendant **TARGET CORPORATION** and against plaintiff **ROBERT GEISS** h/w.

October 9, 2014
Date

*[signature]*
HON. ROBERT B. KUGLER

UNITED STATES DISTRICT JUDGE